UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
IN RE:                                    :
                                          :      15-MD-2645 (WHP)
                                          :      15-MC-2645 (WHP)
KIND LLC "HEALTHY AND ALL                 :
NATURAL" LITIGATION                       :
                                          :      ORDER
                                          :
                                          :
*This Document Relates to All Actions*    :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, Senior United States District Judge:

        Plaintiffs move to file portions of their Memorandum of Law in Support of Class Certification and certain supporting documents attached as Exhibits B, C, E, and G through L to the supporting Declaration of Todd S. Garber under seal. (ECF No. 177.) This Court has reviewed the proposed redactions and finds that they are narrowly tailored, limited in scope, and justified to protect Kind, LLC's confidential and proprietary business information. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006). Accordingly, Plaintiffs motion to file under seal is granted.

Dated: February 27, 2020
      New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.