**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
IN RE:

KIND LLC "HEALTHY AND ALL NATURAL" LITIGATION

This Document Relates To All Actions
------------------------------------------------------------X

15 **MD** 2645 (NRB)
15 **MC** 2645 (NRB)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 9, 2022, defendant's motion for summary judgment is granted, defendant's motions to disqualify the opinions of Dr. Dennis and Dr. Toutov are granted, defendant's motion to decertify the classes is granted; accordingly, the case is closed.

**Dated:** New York, New York
September 12, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**